# EX 4

# JOHN LANDINO



**EDUCATION:**
Muhlenberg College

**RESIDENCE:**
Ridgewood, NJ

**EMPLOYMENT:**
CEO, Phantom Entertainment
Owner, DeathRow Velo

**ASSOCIATION:**
Chief Operating Officer, Project Veritas 2013-2014

**NOTES:**

According to Gawker, Landino is an "O'Keefe family friend with a felony narcotics record, thousands of dollars in unpaid child support, and tens of thousands of dollars in IRS tax liens" 03/07/14, "James O'Keefe Employs a Convicted Felon" by Liz Farkas & Matthew Phelan

Update: On May 10th, 2016, a Pardons Panel for the State of Connecticut's Pardons and Paroles Board issued a full pardon for John Landino's unclassified felony conviction.

© 2019 PROJECTVERITAS.EXPOSED / A PROJECT OF THE UNDERCURRENT