# EX 6

# Project Veritas

http://projectveritas.com/



This organization, launched by James O'Keefe, uses secret videotaping and aggressive interviewing to create sensationalist videos and support false assertions.

People involved with Project Veritas often use disguises and misrepresent themselves.  This list of photos is not a complete record of all individuals who may be working with Project Veritas.

The secretly recorded footage obtained by Project Veritas is often used in a dishonest fashion including extensive editing to serve a specific political interest.

O'Keefe flouts the law during his operations. He was arrested by the FBI in 2010 and charged with entering a federal building with the intent to commit a felony. He pleaded guilty to a misdemeanor and was sentenced to three years of probation, 100 hours of community service and a $1,500 fine.

Though O'Keefe was given immunity in exchange for providing the unedited footage of his ACORN videos to the California Attorney General, he may have violated privacy laws regarding secret recordings. O'Keefe ultimately agreed to pay $100,000 and apologize in order to settle a lawsuit with one of the ACORN employees he secretly recorded.



















Adam Guillette
VP Development



Allison Maass Dieltz
undercover operative



Amy MagInnes
former intern



Ann Vandersteel Krueger
"Ann Steel"
undercover operative



Anna Khait
"Jennifer Williams"
undercover operative



Ashley Edwards
producer/media consultant
VP at Forward Focus Media



Audrey Andrews
undercover operative



Brittney Rivera
"Brie Rivers"
undercover operative



Chris Heneghan
undercover operative



Christian Hartsock
undercover operative



Colin Sharkey
vice chair
ED at Association of
American Educators



Cynthia Jeub
undercover operative



Daniel, Dan Sandini
undercover operative



Daniel Feighery
former research intern



Daniel Pollack
former comms. director



Decorrus Jones
"Decorri, Cori, Cory"
undercover operative



Eric Spracklen
"Eric Williams"
undercover operative



Ermine Desir
"Crystal "
undercover operative



Ernie White
"Earl White"
undercover operative



Francisco Gonzalez
board member
VP Advancement at James
Madison Institute



Garrett McCall
undercover operative



Greg Walker Levitsky
former board member



Hannah Giles
former undercover
operative



Hannah Shattuck Maruyama
"Savannah Germain"/ "Ava
Maria Allen"
undercover operative



"Jack McCarthy"
undercover operative



Jaime Tennille Phillips
"Amanda Bosch"
undercover operative



Jaimie Sukanya Bagwell
"Jai Bravo"
undercover operative



James Dimeo
"Jim"/ "J"
IT director



James O'Keefe III
founder and president



James Oleen
director of research



Jim Kent
undercover operative



Joe Basel
undercover operative



Joe Barton
"Sean Murphy"
undercover operative



Joe Halderman
executive producer



Joe Jenkins
possible undercover
operative



John Castillo
former intern



John M. Howting
"Jack Howell"/
"Melvin Howting"
undercover operative



John Landino
COO



John Rogers
former intern



Jonathan Burns
undercover operative



Jun Liu
video editor



Kaiser Johnson
"Eric Kaiser Johnson"
undercover operative



Kenneth Larrey
undercover operative



Kinni Garcia
possible undercover
operative



Kristin Tate
undercover operative



Laura Loomer
former asst. comms. director



Lawrence Jones
former undercover
operative
now at TheBlaze



Leonardi Jose Guzman
"Leo Rod"
undercover operative



Luke Escarpeta
camera operator/producer



Marco Bruno
assistant director of media



Marisa Jorge
undercover operative
Has a lazy eye. Is
approximately 5'2" tall.



Matthew Tyrmand
board member



Maureen Wagner
former board member
deputy director at Federalist
Society



Nick Evangelista
assistant comms. director



Nico DeGregorio
communications intern



Richard Brady Wells
undercover operative



Robert Flanagan
undercover operative
writer at The Daily Wire



Russell Verney
executive director
founding chair of Reform
Party



Ryan Michael Lopez,
"Michael Jimenez"
undercover operative



Sean Ingram
undercover operative



Seijah Drake
"Ashley Nichols"
undercover operative



Shana Teehan
PR support
comms. director for
Representative Hurd



Shane Cory
executive director



Shaughn Adeleye
"Amir Malik"
former undercover
operative



Spencer Meads
undercover operative



Stan Dai
undercover operative



Tara Pryce
undercover operative



Tesha Nelson
admin/research assistant



Tracy Lee Connors
"Traci Connors"
 undercover operative



Travis Irvine
"Brandon Turner"
 undercover operative



Trevor Kendrick
undercover operative



Yvonne Dean-Bailey
development associate



unknown
undercover operative



unknown
undercover operative

# People involved in right-wing undercover operations and organizations

*Note: please be cautious — some people who are not operatives may coincidentally have the same name, and some people may no longer be acting as or facilitating operatives).*

*Key to issue areas of interest: R- Repro, U- Unions, E-Enviro, EL-Electoral, M/SM-Media/Social Media, PM- Progressive Movement*

- Adam Guillette (VP of Dev, PV)
- Allison Maass Dieltz, EL (Undercover Operative, PV)
- Amy Maginnis, (former intern, PV)
- Ann Vandersteel Krueger, E (Undercover Operative, PV)
- Anna Khait, PM (Undercover Operative, PV)
- Ashley Edwards, EL (Producer and Media Consultant, PV)
- Audrey Andrews, PM (Undercover Operative, PV)
- Benjamin Wetmore, EL (Operative, PV)
- Brittney Rivera, EL (Undercover Operative, PV)
- Chris Heneghan, U (Undercover Operative, PV)
- Chris Keys, R (Operative, Red Rose Rescue)
- Christian Hartsock, E, EL, PM (Undercover Operative/Videographer, PV)
- Colin Sharkey, U (Vice Chair, PV/ED, Association of American Educators)
- Cynthia Jeub, PM (Undercover Operative, PV)
- Dan Sandini, E, EL (Undercover Operative, PV)
- Daniel Feighery (Fmr. Research Intern, PV)
- Daniel Pollack (Fmr. Comms Director, PV)
- Decorrus Jones, PM (Undercover Operative, PV)
- Eric Spracklen, M/SM (Undercover Operative, PV)
- Erin Haust, PM, E (Undercover Operative, PV)
- Ermine Desir U (Undercover Operative, PV)
- Ernie White, E, EL (Undercover Operative, PV)
- Francisco Gonzalez (former Board Member, PV)
- Garrett McCall, PM (Undercover Operative, PV)
- Greg Walker Levitsky, (Secretary/Treasurer, PV)
- Hannah Giles, PM (Undercover Operative, PV)
- Hannah Louise Shattuck Maruyama, SM (Undercover Operative, PV)
- Jaime Tennille Phillips, EL (Undercover Operative, PV)
- Jaimie Sukanya Bagwell, PM (Undercover Operative, PV)
- James "Jim" Dimeo, PM (IT Director, PV)
- James O'Keefe, R, U, E, EL, M/SM, PM (President/Undercover Operative, PV)
- James Oleen (Director of Research, PV)
- Jennifer Ridgley Donahoe, (former Communications Director, PV)
- Jim Kent, EL (Undercover Operative, PV)
- Joe Basel (Undercover Operative, PV)

- Joe Barton, EL, PM (Undercover Operative, PV)
- Joe Halderman (Exec. Producer, PV)
- Joe Jenkins (Possible Undercover Operative, PV / former Press Officer, UKIP)
- John Castillo (former intern, PV)
- John M. Howling, EL (Undercover Operative, PV)
- John Landino (COO, PV)
- John Rogers, (former intern, PV)
- Jonathan Burns, (Undercover Operative, PV)
- Josef Lipp, R (COO, Live Action)
- Jun Liu, (Video Editor, PV)
- Kaiser Johnson, PM, EL (Undercover Operative, PV)
- Kenneth Larrey, (Undercover Operative, PV)
- Kinni Garcia, (Undercover Operative, PV)
- Kristin Tate, PM (Undercover Operative, PV)
- Laura Loomer, U, EL, M/SM, PM (Former Undercover Operative, PV)
- Lawrence Jones, PM (former PV Operative, now at TheBlaze)
- Leonardi Jose Guzman, PM (Undercover Operative, PV)
- Luka Escarpeta (Camera Operator/Producer, PV)
- Marco Bruno (Assistant Director of Media, PV)
- Marisa Jorge, U, PM, EL (Undercover Operative, PV)
- Matthew Tyrmand, (Board Member, PV)
- Maureen Wagner, (former Board Member, PV; Deputy Director, Federalist Society)
- Mohammad Alhomsi, PM (Undercover Operative, PV)
- Nick Evangelista, (Asst. Comms. Dir., PV)
- Nico DeGregorio (Comms Intern, PV)
- Richard Brady Wells, SM, PM (Undercover Operative, PV)
- Robert Flanagan, EL (Undercover Operative, PV)
- Russell Verney, (Exec. Director, PV; founding Chair, Reform Party)
- Ryan Michael Lopez (former Asst. Video Editor, PV)
- Sean Ingram, (Undercover Operative, PV)
- Seijah Drake, SM (Undercover Operative, PV)
- Shana Teehan (PR support, PV)
- Shane Cory (Exec. Director, PV)
- Shaughn Adeleye, U, PM, M/SM (Undercover Operative, PV)
- Spencer Meads, PM (Undercover Operative, PV)
- Stan Dai, EL (Undercover Operative, PV)
- Tara Price, (Undercover Operative, PV)
- Tesha Nelson, (Undercover Operative/Administrative/Research Assistant, PV)
- Tracy Lee Connors, SM (Undercover Operative, PV)
- Travis Irvine, PM, SM (Undercover Operative, PV)
- Trevor Kendrick, EL, PM, M/SM (Undercover Operative, PV)
- Yvonne Dean-Bailey, (Dev. Assoc., PV)

# Aliases used for right-wing undercover operations

*Note: please be cautious -- some people who are not using aliases may coincidentally have the same name). Fake organization and real name of operative are included in parentheses where possible.*

*Key to issue areas of interest: R- Repro, U- Unions, E-Enviro, EL-Electoral, M/SM-Media/Social Media, PM- Progressive Movement*

- "Adam Thomson" EL (fake intern in Sen. Claire McCaskill 2018 campaign)
- "Allie Maas" EL, PM ("Breakthrough Dev Group", Allison Maass)
- "Allison Brandt" ("Breakthrough Dev Group", Allison Maass)
- "Allison Holmes" EL (fake volunteer in Hillary Clinton 2016 campaign, Allison Maass)
- "Allison Moss" EL ("Breakthrough Dev Group", Allison Maass)
- "Alyssa Harris" EL, PM ("Breakthrough Dev Group", Allison Maass)
- "Amanda Bosch" (fake campaign volunteer, Jaime Tennille Phillips)
- "Amir Malik" M/SM ("Muslim Education Action Center", Shaughn Adeleye)
- "Angela Brandt" EL, PM ("Breakthrough Dev Group", Allison Maass)
- "Ana Steihl" E, PM ("Logan Investments", Ann Vandersteel Krueger)
- "Ann Steel" E, PM ("Logan Investments", Ann Vandersteel Krueger)
- "Ashley Nichols" ("Breakthrough Dev Group", Seijah Drake)
- "Ava Maria Allen" ("Breakthrough Dev Group", Hannah Louise Shattuck Maruyama)
- "Brandon Turner" PM (fake advertising exec at "Beacon International", Travis Irvine)
- "Brian Miller"
- "Bri Rivera" (part of "Breakthrough Dev Group", Brittney Rivera)
- "Bri Rivers" (part of "Breakthrough Dev Group", Brittney Rivera)
- "Brittney Rivers" (part of "Breakthrough Dev Group")
- "Charles Roth" EL, PM (Dan Sandini)
- "Cori Jones" (Decorrus Jones)
- "Cory Jones" ("Breakthrough Dev Group", Decorrus Jones)
- "Curt Kendall" U (fake teacher, Christian Hartsock)
- "Daniel L. Logan, III" EL ("Logan Investments", Dan Sandini)
- "Decorri E Jones" (Decorrus Jones)
- "Earl White" EL, PM (fake volunteer, Ernie White)
- "Eric Williams" M/SM("Tech Jobs Box", Eric Spracklen)
- "Gavin Grant" (part of "Tech Jobs Box")
- "Ibrahim Kasaam" M/SM ("Muslim Education Action Center")
- "Jack McCarthy" (fake intern in Sen. Joe Donnelly 2018 campaign)
- "Jack Howell" EL (John M. Howting)
- "Jai Bravo" (Jaimie Sukanya Bagwell)
- "Jaime Taylor" (Jaime Tennille Phillips)
- "Jamie Kahl" (Jaime Tennille Phillips)
- "Jamie Kingston" EL (fake volunteer in Hillary Clinton 2016 campaign)
- "Jennifer Williams" (fake teacher, Anna Khait)

- "Jess Koski" EL (part of "Breakthrough Dev Group")
- "Jess Jones" EL (possibly Laura Loomer)
- "Jon Burns"
- "Karl Bradley" EL (part of WaPo Roy Moore sting)
- "Kiera Holding" M/SM (2017 New York Times sting)
- "Kelly Dale" (part of "Tech Jobs Box")
- "Kevin Christie"
- "Kimmie Gibson" PM (fake DSA member, Jaime Tennille Phillips)
- "Kurt Kendall" U (fake teacher, Christian Hartsock)
- "Laura Brown" (fake teacher)
- "Leo Rod" (fake DSA member, Leonardi Jose Guzman)
- "Lindsay James" (posed as fake sexual assault victim in WaPo Roy Moore sting, Jaime Tennille Phillips)
- "Lola Stone" PM (Marisa Jorge)
- "Lucas Fowler" (fake journalism student)
- "Luke Fowler," (fake researcher)
- "Mallory Camp" (fake campaign volunteer in 2018 Phil Bredesen campaign)
- "Marissa Rose Perez" U (fake student, Marisa Jorge)
- "Marisa George" PM (Marisa Jorge)
- "Max Hunt" (part of DisruptJ20 sting, fake campaign volunteer)
- "Melvin Howting" (John M. Howting)
- "Michael Condon" EL (part of WaPo Roy Moore sting)
- "Michael Evans" (part of "Tech Jobs Box")
- "Michael Jimenez" (fake teacher)
- "Michelle Harvey" EL (fake volunteer in Hillary Clinton 2016 campaign)
- "Mike Carlson" (part of "Breakthrough Dev Group", possibly Mike Rogers)
- "Monica Nelson" EL (fake Abigail Spanberger campaign volunteer)
- "Muhammed Bin Rashidi," ("Middle Eastern oil baron" from the Hollywood fracking sting)
- "Peter Harmon," (fake employee of Ohio Education Assoc., peter.harmon@ohioedassoc.org)
- "Rand Kinsley" (part of "Tech Jobs Box")
- "Savannah Germain" (part of "Breakthrough Dev Group", Hannah Louise Shattuck Maruyama)
- "Sean Murphy" (Joe Barton)
- "Simon Templar" M/SM (NPR sting, Kenneth Larrey)
- "Stephanie Matheson" R (Steven Crowder)
- "Steve Packard" EL, PM ("Breakthrough Dev Group", Christian Hartsock)
- "Steven Russo" ("Breakthrough Dev Group")
- "Steven Sanchton"(fake advertising exec at "Beacon International")
- "Tarah Price" (part of DisruptJ20 sting, Tarah Pryce)
- "Tesha Henri" (Tesha Nelson)
- "Tesha Henry" (Tesha Nelson)
- "Thomas Gibson" ("Breakthrough Dev Group", Trevor Kendrick)
- "Tiana Walker" (part of DisruptJ20 sting, Seijah Drake)

- "Timothy Johnson"
- "Traci Connors" ( "Breakthrough Dev Group", Tracy Lee Connors)
- "Trent Maynard" (<u>"Logan Investments"</u>, Christian Hartsock)
- "<u>Trevor Miles</u>" M/SM (<u>"Tech Jobs Box</u>", Trevor Kendrick)
- "Tyler Marshall" PM (part of DisruptJ20 sting, Trevor Kendrick)
- "Victor Kesh" (<u>"Breakthrough Dev Group"</u>, James O'Keefe)

## List of known alias organizations

- "Beacon International," a fake PR firm <u>used</u> by Project Veritas operatives in the sting on Hollywood environmentalists.
- "<u>Breakthrough Development Group</u>" fake company <u>used</u> by Project Veritas in the inauguration protest sting.
- "Earth Supply and Renewal," a fake company <u>used</u> by Project Veritas in Laborers' International Union of North America sting.
- "<u>Logan Investments</u>," a fake company used by Dan Sandini to gain access to League of Conservation Voters.
- "New Star Learning," a fake company <u>used</u> by Project Veritas in teachers union stings.
- "Ohio Education Association," this group is real, but Project Veritas used a different domain, ohioedassoc.org in their <u>attempted</u> Economic Policy Institute sting.
- "Repulse Bay Ltd.," a <u>shell company</u> from Belize that Project Veritas purchased for approximately $6,000 so that a fake donor had a vehicle for an entrapment donation.
- "<u>Tech Jobs Box</u>" A fake tech company set up by Project Veritas to secretly record former and current Twitter and Facebook employees.

# EXHIBIT 1 – PV dossier

https://**massteacher.org**/search?query=project+veritas#?query=project veritas&page=0&orderBy=relevance



Massachusetts Teachers Association

RTE T INITIATIVES    ABOUT THE MTA    MTA MEMBERSHIP    EMPLOYMENT & LICENSURE    EVENTS AND CONFERENCES    NEWS    MTA BENEFITS

Additional Guidance on Remote Learning Recommendations

Q project veritas

Login

achusetts Teachers Association › Search Page

# earch

search for '**project veritas**' returned '**14**' results.

Q project veritas

**Project Veritas**    6/21/2019 🔳

https://massteacher.org:443/-/media/massteacher/files/conferences/nea-ra/project-veritas.pdf - 2.1 MB

RTBY

Relevance