**John H. Landino, Pro se**
124 Rumson Road
Rumson, NJ 07760
Phone:201-560-2500
E-mail: john.landino@gmail.com

UNITED STATES DISTRICT COURT FOR MASSACHUSSETTS

| | |
|---|---|
| JOHN H. LANDINO<br>    Plaintiff<br><br>v.<br><br>Massachussetts Teachers Assoc., Jane Does 1-10 et al<br>    Defendants | No.  1:20-cv-11392 |

TO:   MASSACHUSETTS TEACHERS ASSOCIATION
        Kenneth M. Bello, BBO #036630
        Carolyn M. Crowley, BBO #663616
        BARCLAY DAMON LLP
        160 Federal Street, Suite 1001
        Boston, MA 02110
        (617) 274-2900
        kbello@barclaydamon.com
        ccrowley@barclaydamon.com

### NOTICE OF DEFICIENCY NOTICE RE :  FIRST SET OF INTERROGATOIRES

Mr. Bello and Ms. Crowly,

Please consider this letter a Notice of Deficiency due to Defendant Massachusetts Teachers Association (MTA)'s <u>complete failure to produce any of the documents requested and complete failure to answer any interrogatories</u> sent to you on July 21, 2021. I will note that on August 13, 2021, Ms. Crowley emailed me a request for a 3-week extension "for the MTA to respond to your discovery requests – document requests, interrogatories and requests for admission." On June 24, 2021, the Honorable Judge

Denise J. Casper entered an Order (D31) that "…there will be no phased discovery as Defendant proposed." And as such, the Defendant is currently in violation of this courts ruling.

At this time, your objects to respond to some of my Requests For Admissions means they are all now deemed admitted and I will use your failure to respond as such. Any attempt by you to submit responses to them now will result in an immediate motion to strike them from the record.

Further, as you are undoubtedly aware, Massachusetts Civil Procedure Rule 26 states "Parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party, including the existence, description, nature, custody, condition and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. It is not ground for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence." Further, "Sequence and timing of discovery: Unless the court upon motion, for the convenience of parties and witnesses and in the interests of justice, orders otherwise, methods of discovery may be used in any sequence and the fact that a party is conducting discovery, whether by deposition or otherwise, shall not operate to delay any other party's discovery."

As I'm sure you're also aware, you failed to produce a "Privilege Log" cataloging any and all documents as required by Plaintiff's instructions in the first set of discovery requests. As such, if you continue to fail to supply documents requested and fail to provide

answers to interrogatories by Friday September 17, 2021, Plaintiff will file a Motion to Compel, asking the court to set a specific time for you to respond by, or face sanctions, including having your responding papers struck from the record, as well as any monetary sanctions the court deems fit.

Additionally, MTA 0001 & 0002 documents appear to be tampered with as four of the five emails produced including the email from Ms. Ellen Bradley, Manager Conference & Travel Services, National Education Association, are missing all attachments; and as such the MTA initial disclosures appear not be genuine. Please produce the correct and accurate documents as well in that regard by Friday September 17, 2021. Failure to do so will result in my informing the court of our suspicions regarding the tampering, and our requesting court permission, at Defendant's expense, to hire an expert to fully review those documents to show the suspected foul play. I will then be forced to submit further requests to find who the responsible party was for those submissions. Be guided accordingly.

Thank you for your attention in this matter,

September 14, 2021

By:  /s/ John H. Landino
John H. Landino, Pro se