

John Landino <john.landino@gmail.com>

## RE: John H. Landino v. MTA, et al. [IWOV-Active.FID3035997]

**Crowley, Carolyn M.** <ccrowley@barclaydamon.com>  Fri, Sep 17, 2021 at 3:37 PM
To: john.landino@gmail.com
Cc: kbello@barclaydamon.com, lasmith@barclaydamon.com, whuston@barclaydamon.com

Mr. Landino:

Please see the attached letter and referenced enclosures.

Carolyn

**From:** John Landino <john.landino@gmail.com>
**Sent:** Tuesday, September 14, 2021 5:59 PM
**To:** Huston, W. Todd <WHuston@barclaydamon.com>
**Cc:** Crowley, Carolyn M. <CCrowley@barclaydamon.com>; Bello, Kenneth M. <KBello@barclaydamon.com>; Smith, Lindsey A. <LASmith@barclaydamon.com>
**Subject:** Re: John H. Landino v. MTA, et al.

Mr. Houston,

Please see attached Discovery Deficiency Notice for your counsel & the Defendant.

Thank you,

John

_____
John H. Landino

Cell: (201) 560-2500
Skype: john.landino

On Fri, Sep 10, 2021 at 1:30 PM Huston, W. Todd <whuston@barclaydamon.com> wrote:

> Good Afternoon,
>
> In connection with the above-referenced matter, attached please find:

1. MTA's Objections and Responses to Plaintiff's First Request for Production of Documents;

2. MTA's Objections and Responses to Plaintiff's Interrogatories; and

3. MTA's Response to Plaintiff's First Set of Requests for Admissions.


Thank you.



## W. Todd Huston

Senior Legal Assistant

**BARCLAY DAMON** LLP

160 Federal Street • Suite 1001 • Boston, MA 02110

D: (617) 274-2900 • F: (617) 722-6003 • C: (508) 843-4601

E: WHuston@barclaydamon.com

**barclaydamon.com** • **vCard**

---

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. ~BD~

---

```
---------- Forwarded message ----------
From: "Sacks, Jim" <JSacks@massteacher.org>
To: "Leach, Ryan" <RLeach@massteacher.org>
Cc:
Bcc:
Date: Tue, 19 May 2020 20:32:30 +0000
Subject: Fw: Annual Meeting/Project Veritas
```

---

**From:** Nathan, Sarah <SNathan@massteacher.org>
**Sent:** Tuesday, May 19, 2020 4:25 PM

**To:** Sacks, Jim <JSacks@massteacher.org>
**Subject:** FW: Annual Meeting/Project Veritas
Sarah Nathan
Web Content Manager
Massachusetts Teachers Association
office: 617-878-8306
cell: 617-413-6777
http://massteacher.org



**From:** Gilgallon, Mary <MGilgallon@massteacher.org>
**Sent:** Thursday, June 20, 2019 12:21 PM
**To:** Nathan, Sarah <SNathan@massteacher.org>; Parlon, Jessica <JParlon@massteacher.org>
**Cc:** Hollingsworth, Wonder <WHollingsworth@massteacher.org>
**Subject:** FW: Annual Meeting/Project Veritas
Sarah,
Can you add the attached PDF to this page.
Make link on page: Project Veritas Look Book
https://massteacher.org/events-and-conferences/nea-ra/tips-for-protecting-yourself
_____

**Don't forget to register for Summer Conference at: http://massteacher.org/summer**
"Every single one of us is an influencer. Every single day you can make a difference."
— Billie Jean King

Jessica A. Hiemenz-Woodbury, CMP
Conference Services Administrator

Division of Training & Professional Learning
Massachusetts Teachers Association

2 Heritage Drive, 8th Floor
Quincy, MA 02171-2119
w. 617.878.8220
f. 617.570.4907
JHiemenz@massteacher.org
**http://massteacher.org**

**From:** Bradley, Ellen [NEA-CBO-CFS] <ebradley@nea.org>
**Sent:** Wednesday, June 19, 2019 4:17 PM
**To:** Bradley, Ellen [NEA] <ebradley@nea.org>
**Cc:** Dominguez, Kimberly [NEA] <kdominguez@nea.org>
**Subject:** Annual Meeting/Project Veritas
Good afternoon, coordinators. Please find attached some tips and templates that may be helpful in Houston.
Ellen Bradley, Manager
Conference & Travel Services
National Education Association
1201 16th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 822-7762
ebradley@nea.org

---

**3 attachments**

MTA 0001-0017.pdf

2527K

**PV Look Book_6.3.19.pdf**
2141K

**2021-09-17 Crowley ltr to Landino w.encs.pdf**
44K