10/6/2021

The Honorable Marianne B. Bowler

Magistrate Judge, U.S. District Court, District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

      Re: Landino v. Massachusetts Teachers Association et al, 1:20-cv-11392
         Motion to Compel Non-Parties

To the Honorable Marianne B. Bowler,

    On August 31, 2021, I emailed Mr. Kirmser, Esq., and Mr. Malacrida, Esq., my Federal Subpoena, Notice of Subpoena with exhibits as well as my full Motion to Compel Non-Parties (See attached). In this email I asked both attorneys for any corrections needed for Chubb Insurance – I never received a response. On September 21, 2021, I also emailed Mr. Krimser, Esq., and Mr. Malacrida, Esq., a copy of my Motion reply – I also received no response from this email.

    I thank the court for its time and consideration to this matter.

           Respectfully submitted,

           By:    /s/ John H. Landino, Pro se

           John H. Landino, Pro se

           124 Rumson Road

           Rumson, NJ 07760

           Phone:201-560-2500

           E-mail: john.landino@gmail.com

cc via ECF: Massachusetts Teachers Association c/o Barclay Damon attorneys for defendant.