**Gmail**

John Landino <john.landino@gmail.com>

# NOTIFICATION OF MOTION TO COMPEL - Landino v. MTA (No. 1:20-cv-11392, D.Mass.)

**John Landino** <john.landino@gmail.com>                                      Tue, Aug 31, 2021 at 9:39 PM
To: "Kirmser, Olivier J" <Olivier.Kirmser@kirmserlaw.com>, "Malacrida, Timothy P" <timothy.malacrida@kirmserlaw.com>

Mr. Kirmser,

This email serves to notify you, Chubb Insurance, your law firm and Mr. Malacrida, Esq., of my filing today in Massachusetts District Court for Motion to Compel Non-Parties. Can you please provide the correct mailing address for whichever "Chubb Insurance" entity should also be notified of the attached Motion. If you would like a paper copy of the attachments, please advise and I will send via USPS mail.

Thank you,

John

_____

John H. Landino

Cell: (201) 560-2500
Skype: john.landino

---

**3 attachments**

 **Landino v MTA Motion to Compel.pdf**
134K

 **Chubb Subpoena Notice POS Rejection.pdf**
4713K

 **DP AFV Windsor Subpoena Notice POS Rejection.pdf**
5551K