

This message has been automatically translated: -> English.

John Landino &lt;john.landino@gmail.com&gt;

---

# Re: NOTIFICATION OF MOTION TO COMPEL - Landino v. MTA (No. 1:20-cv-11392, D.Mass.)

**John Landino &lt;john.landino@gmail.com&gt;**　　　　　　　　　　　　　　　Tue, Sep 21, 2021 at 7:26 PM
To: "Kirmser, Olivier J" &lt;Olivier.Kirmser@kirmserlaw.com&gt;, "Malacrida, Timothy P" &lt;timothy.malacrida@kirmserlaw.com&gt;

Mr. Kirmser,

Please see attached documents submitted to the court in my Motion to Compel Non-Parties.

_____
John H. Landino

Cell: (201) 560-2500
Skype: john.landino

[Quoted text hidden]

---

**2 attachments** — Download all attachments

📄 **38-1.pdf**
734K View as HTML  Download

📄 **38-main.pdf**
145K View as HTML  Download