AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts ▾

| | |
|---|---|
| John H. Landino | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 1:20-cv-11392 |
| Massachussetts Teachers' Association, Jane Does 1-10 | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Timothy P. Malacrida, ESQ Chubb Insurance, Kirmser, Lamastra, Cunningham & Skinner
202A Hall's Mill Road, Whitehouse Station, NJ 08889

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents, communications and/or correspondence regarding the 15-page PV Dossier aka PV Look Book. Full email distribution list from the June 19, 2019 email to the MTA and other unions by Ms. Bradley. Chain of custody, recieving, distributing both interally and extrenally the 15-page PV Dossier aka PV Look Book.

| Place: NEA is permitted to send documents to Mr. Landino, 124 Rumson Rd, Rumson NJ 07760 | Date and Time: 09/09/2021 10:33 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

CLERK OF COURT

                                                                         OR

_____          _____
Signature of Clerk or Deputy Clerk                    _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ John H. Landino,
124 Rumson Rd, Rumson NJ 07760, 201-560-2500          , who issues or requests this subpoena, are:
John H. Landino, Prose john.landino@gmail.com

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:20-cv-11392

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Chubb Insurance
on *(date)*  8-11-21  .

☒ I served the subpoena by delivering a copy to the named person as follows:  Scott Kuntz, CSR
at C.T. Co. 820 Bear Tavern Rd, Ewing Twp, NJ 08628   on *(date)*  8-13-21  ; or
at 12:17pm

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8-13-21

_____
Server's signature

Douglas Bramble, Process Server
Printed name and title

716 Newman Springs Rd, St 182
Lincroft, NJ 07738
Server's address

Additional information regarding attempted service, etc.:

Scott Kuntz- White male, 5'8", 260 lbs,
Brown hair, 35-40 years old

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**John H. Landino, Pro se**
124 Rumson Road
Rumson, NJ 07760
Phone:201-560-2500
E-mail: john.landino@gmail.com

UNITED STATES DISTRICT COURT FOR MASSACHUSSETTS

| | |
|---|---|
| JOHN H. LANDINO<br>　　Plaintiff | No.  1:20-cv-11392 |
| 　　v. | NOTICE OF SUBPOENA |
| Massachussetts Teachers Assoc., Jane Does 1-10 et al<br>　　　Defendants | |

TO:　MR. TIMOTHY P. MALACRIDA, ESQ., CHUBB INSURANCE
　　　Kirmser, Lamastra, Cunningham & Skinner
　　　202A Hall's Mill Road
　　　Whitehouse Station, NJ 08889

PLEASE TAKE NOTICE that Plaintiff, John H. Landino, pursuant to Federal Rule of Civil Procedure 45, intend to serve a subpoena in the attached hereto, on the Mr. Timothy P. Malacrida, Esq., and Chubb Insurance on August 9th, 2021, or as soon thereafter as service is effectuated.

On July 17, 2020, in Bergen County Superior Court hearing of Landino v. MTA, DP, AFV & Does, MTA defendant attorney Mr. Malacrida, Esq., for Chubb Insurance admitted under oath as an officer of the courts a perjurious statement below from the NJ hearing transcript:

***Page 4***

***Jersey. Whether it was directed at New Jersey by***

***another party, or sent out to other people by another***

*party, we do not know,*

*Page 5*

*12 anymore, and while Mr. Landino says he felt the effects*

*13 here in New Jersey, as well as in Massachusetts, no*

*conduct was directed here [NJ]*

As attorney officers of the courts are aware, privileged communications cease to exist against the crime-fraud exception:

*"The reasons for protecting the 'confidences of wrongdoers' 'ceas[e] to operate . . . where the desired advice refers not to prior wrongdoing, but to future wrongdoing.'" Zolin, 491 U.S. at 562–63, 109 S.Ct. 2619. "[T]he 'seal of secrecy,' ... between lawyer and client does not extend to communications 'made for the purpose of getting advice for the commission of a fraud' or crime." Id. at 563, 109 S.Ct. 2619. "The lawyers' innocence does not preserve the attorney-client privilege against the crime-fraud exception." U.S. v. Chen, 99 F.3d 1495, 1504 (9th Cir. 1996); U.S. v. Doe, 429 F.3d 450, 454 (3d Cir. 2005). The initial burden of proof rests on the party invoking the crime-fraud exception. U.S. v. BDO Seidman, LLP, 492 F. 3d 806, 818 (7th Cir. 2007). The party asserting the attorney-client privilege must then show an explanation. Id.*

*"The scope of the crime-fraud exception is gradually being expanded by the courts through the increased use of in camera review and lowered thresholds of proof. . . . [T]he current trend toward converting what was once civil liability into potential criminal liability portends even greater application of the crime-fraud exception simply by expanding the types of conduct considered*

*'criminal.'" The Crime-Fraud Exception to the Attorney-Client Privilege, 32 No. 2 Corp Couns*

*Quarterly ART 5 (2016).  See Micron Technology, Inc. v. Rambus, Inc., 98 U.S.P.Q.2d 1693, 2011*

*WL 1815975 (Fed. Cir. 2011)(destruction of evidence in patent infringement case).*[1]

You are commanded to produce any and all documents, communications, media and/or correspondence regarding the 15-page PV Dossier aka PV Look Book which was mass-distributed by the National Teachers Association (see attached Exhibit 1) to other unions including the New Jersey Education Association, and individuals or entities by Ms. Bradley. Plaintiff demands to know the date and method of the MTA's disclosure of the NEA June 19, 2019, email by Ms. Ellan Bradley with "**Subject:** Annual Meeting/Project Veritas" to Chubb Insurance and their legal representatives (see attached Exhibit 2).

You are commanded to produce any and all documents, communications, media and/or correspondence regarding the 15-page PV Dossier aka PV Look Book distribution to any individuals or entities. Chain of custody, receiving, distributing both internally and externally the 15-page PV Dossier aka PV Look Book (see attached Exhibit 2). Identification of the author of the 15-page PV Dossier aka PV Look Book.

You are commanded to produce any and all documents, communications, media and/or correspondence regarding the 15-page PV Dossier aka PV Look Book pertaining to the NEA's acquisition of the 15-page PV Dossier aka PV Look Book.

---

[1] https://www.americanbar.org/groups/litigation/committees/business-torts-unfair-competition/practice/2017/how-to-lose-attorney-client-privilege/

You are commanded to produce any and all documents, communications, media and/or correspondence regarding all of the following: Plaintiff Mr. John H. Landino, National Education Association, and the Massachusetts Teachers Association.

Plaintiff agrees to accept all documents and media via direct mail to Mr. John H. Landino, 124 Rumson Road, Rumson NJ 07760, initially, to lessen the burden of a potential site visit for inspection and copying. Failure to comply according to the command of this subpoena will subject you to the penalties provided by law. The subpoena recipients are forewarned that the July 2020 transcript is already submitted to this court, as discovery in this legal matter proceeds – all evidence of any criminal activity will be turned over to the court and law enforcement for prosecution.

Dated: August 9, 2021                    By:   /s/ John H. Landino

                                             John H. Landino, Pro se

# EX 1

# Project Veritas

http://projectveritas.com/



This organization, launched by James O'Keefe, uses secret videotaping and aggressive interviewing to create sensationalist videos and support false assertions.



People involved with Project Veritas often use disguises and misrepresent themselves.  This list of photos is not a complete record of all individuals who may be working with Project Veritas.

The secretly recorded footage obtained by Project Veritas is often used in a dishonest fashion including extensive editing to serve a specific political interest.



O'Keefe flouts the law during his operations. He was arrested by the FBI in 2010 and charged with entering a federal building with the intent to commit a felony. He pleaded guilty to a misdemeanor and was sentenced to three years of probation, 100 hours of community service and a $1,500 fine.



Though O'Keefe was given immunity in exchange for providing the unedited footage of his ACORN videos to the California Attorney General, he may have violated privacy laws regarding secret recordings. O'Keefe ultimately agreed to pay $100,000 and apologize in order to settle a lawsuit with one of the ACORN employees he secretly recorded.















Adam Guillette
VP Development



Allison Maass Dieltz
undercover operative



Amy MagInnes
former intern



Ann Vandersteel Krueger
"Ann Steel"
undercover operative



Anna Khait
"Jennifer Williams"
undercover operative



Ashley Edwards
producer/media consultant
VP at Forward Focus Media



Audrey Andrews
undercover operative



Brittney Rivera
"Brie Rivers"
undercover operative



Chris Heneghan
undercover operative



Christian Hartsock
undercover operative



Colin Sharkey
vice chair
ED at Association of
American Educators



Cynthia Jeub
undercover operative



Daniel, Dan Sandini
undercover operative



Daniel Feighery
former research intern



Daniel Pollack
former comms. director



Decorrus Jones
"Decorri, Cori, Cory"
undercover operative



Eric Spracklen
"Eric Williams"
undercover operative



Ermine Desir
"Crystal "
undercover operative



Ernie White
"Earl White"
undercover operative



Francisco Gonzalez
board member
VP Advancement at James
Madison Institute



Garrett McCall
undercover operative



Greg Walker Levitsky
former board member



Hannah Giles
former undercover
operative



Hannah Shattuck Maruyama
"Savannah Germain"/ "Ava
Maria Allen"
 undercover operative



"Jack McCarthy"
undercover operative



Jaime Tennille Phillips
"Amanda Bosch"
undercover operative



Jaimie Sukanya Bagwell
"Jai Bravo"
undercover operative



James Dimeo
"Jim"/ "J"
IT director



James O'Keefe III
founder and president



James Oleen
director of research



Jim Kent
undercover operative



Joe Basel
undercover operative



Joe Barton
"Sean Murphy"
undercover operative



Joe Halderman
executive producer



Joe Jenkins
possible undercover
operative



John Castillo
former intern



John M. Howting
"Jack Howell"/
"Melvin Howting"
undercover operative



John Landino
COO



John Rogers
former intern



Jonathan Burns
undercover operative



Jun Liu
video editor



Kaiser Johnson
"Eric Kaiser Johnson"
undercover operative



Kenneth Larrey
undercover operative



Kinni Garcia
possible undercover
operative



Kristin Tate
undercover operative



Laura Loomer
former asst. comms. director



Lawrence Jones
former undercover
operative
now at TheBlaze



Leonardi Jose Guzman
"Leo Rod"
undercover operative



Luke Escarpeta
camera operator/producer



Marco Bruno
assistant director of media



Marisa Jorge
undercover operative
Has a lazy eye. Is
approximately 5'2" tall.



Matthew Tyrmand
board member



Maureen Wagner
former board member
deputy director at Federalist
Society



Nick Evangelista
assistant comms. director



Nico DeGregorio
communications intern



Richard Brady Wells
undercover operative



Robert Flanagan
undercover operative
writer at The Daily Wire



Russell Verney
executive director
founding chair of Reform
Party



Ryan Michael Lopez,
"Michael Jimenez"
undercover operative



Sean Ingram
undercover operative



Seijah Drake
"Ashley Nichols"
undercover operative



Shana Teehan
PR support
comms. director for
Representative Hurd



Shane Cory
executive director



Shaughn Adeleye
"Amir Malik"
former undercover
operative



Spencer Meads
undercover operative



Stan Dai
undercover operative



Tara Pryce
undercover operative



Tesha Nelson
admin/research assistant



Tracy Lee Connors
"Traci Connors"
undercover operative



Travis Irvine
"Brandon Turner"
undercover operative



Trevor Kendrick
undercover operative



Yvonne Dean-Bailey
development associate



unknown
undercover operative



unknown
undercover operative

## People involved in right-wing undercover operations and organizations

*Note: please be cautious -- some people who are not operatives may coincidentally have the same name, and some people may no longer be acting as or facilitating operatives).*

*Key to issue areas of interest: R- Repro, U- Unions, E-Enviro, EL-Electoral, M/SM-Media/Social Media, PM- Progressive Movement*

- Adam Guillette (VP of Dev, PV)
- Allison Maass Dieltz, EL (Undercover Operative, PV)
- Amy Maginnis, (former intern, PV)
- Ann Vandersteel Krueger, E (Undercover Operative, PV)
- Anna Khait, PM (Undercover Operative, PV)
- Ashley Edwards, EL (Producer and Media Consultant, PV)
- Audrey Andrews, PM (Undercover Operative, PV)
- Benjamin Wetmore EL (Operative, PV)
- Brittney Rivera, EL (Undercover Operative, PV)
- Chris Heneghan, U (Undercover Operative, PV)
- Chris Keys, R (Operative, Red Rose Rescue)
- Christian Hartsock, E, EL, PM (Undercover Operative/Videographer, PV)
- Colin Sharkey, U (Vice Chair, PV/ED, Association of American Educators)
- Cynthia Jeub, PM (Undercover Operative, PV)
- Dan Sandini, E, EL (Undercover Operative, PV)
- Daniel Feighery (Fmr. Research Intern, PV)
- Daniel Pollack (Fmr. Comms Director, PV)
- Decorrus Jones, PM (Undercover Operative, PV)
- Eric Spracklen, M/SM (Undercover Operative, PV)
- Erin Haust, PM, E (Undercover Operative, PV)
- Ermine Desir U (Undercover Operative, PV)
- Ernie White, E, EL (Undercover Operative, PV)
- Francisco Gonzalez (former Board Member, PV)
- Garrett McCall, PM (Undercover Operative, PV)
- Greg Walker Levitsky, (Secretary/Treasurer, PV)
- Hannah Giles, PM (Undercover Operative, PV)
- Hannah Louise Shattuck Maruyama, SM (Undercover Operative, PV)
- Jaime Tennille Phillips, EL (Undercover Operative, PV)
- Jaimie Sukanya Bagwell, PM (Undercover Operative, PV)
- James "Jim" Dimeo, PM (IT Director, PV)
- James O'Keefe, R, U, E, EL, M/SM, PM (President/Undercover Operative, PV)
- James Oleen (Director of Research, PV)
- Jennifer Ridgley Donahoe, (former Communications Director, PV)
- Jim Kent, EL (Undercover Operative, PV)
- Joe Basel (Undercover Operative, PV)

- Joe Barton, EL, PM (Undercover Operative, PV)
- Joe Halderman (Exec. Producer, PV)
- Joe Jenkins (Possible Undercover Operative, PV / former Press Officer, UKIP)
- John Castillo (former intern, PV)
- John M. Howting, EL (Undercover Operative, PV)
- John Landino (COO, PV)
- John Rogers, (former intern, PV)
- Jonathan Burns, (Undercover Operative, PV)
- Josef Lipp, R (COO, Live Action)
- Jun Liu. (Video Editor, PV)
- Kaiser Johnson, PM, EL (Undercover Operative, PV)
- Kenneth Larrey, (Undercover Operative, PV)
- Kinni Garcia, (Undercover Operative, PV)
- Kristin Tate, PM (Undercover Operative, PV)
- Laura Loomer, U, EL, M/SM, PM (Former Undercover Operative, PV)
- Lawrence Jones, PM (former PV Operative, now at TheBlaze)
- Leonardi Jose Guzman, PM (Undercover Operative, PV)
- Luka Escarpeta (Camera Operator/Producer, PV)
- Marco Bruno (Assistant Director of Media, PV)
- Marisa Jorge, U, PM, EL (Undercover Operative, PV)
- Matthew Tyrmand, (Board Member, PV)
- Maureen Wagner, (former Board Member, PV; Deputy Director, Federalist Society)
- Mohammad Alhomsi, PM (Undercover Operative, PV)
- Nick Evangelista, (Asst. Comms. Dir., PV)
- Nico DeGregorio (Comms Intern, PV)
- Richard Brady Wells, SM, PM (Undercover Operative, PV)
- Robert Flanagan, EL (Undercover Operative, PV)
- Russell Verney, (Exec. Director, PV; founding Chair, Reform Party)
- Ryan Michael Lopez (former Asst. Video Editor, PV)
- Sean Ingram, (Undercover Operative, PV)
- Seijah Drake, SM (Undercover Operative, PV)
- Shana Teehan (PR support, PV)
- Shane Cory (Exec. Director, PV)
- Shaughn Adeleye, U, M/SM (Undercover Operative, PV)
- Spencer Meads, PM (Undercover Operative, PV)
- Stan Dai, EL (Undercover Operative, PV)
- Tara Price, (Undercover Operative, PV)
- Tesha Nelson, (Undercover Operative/Administrative/Research Assistant, PV)
- Tracy Lee Connors, SM (Undercover Operative, PV)
- Travis Irvine, PM, SM (Undercover Operative, PV)
- Trevor Kendrick, EL, PM, M/SM (Undercover Operative, PV)
- Yvonne Dean-Bailey, (Dev. Assoc., PV)

## Aliases used for right-wing undercover operations

*Note: please be cautious -- some people who are not using aliases may coincidentally have the same name). Fake organization and real name of operative are included in parentheses where possible.*

*Key to issue areas of interest: R- Repro, U- Unions, E-Enviro, EL-Electoral, M/SM-Media/Social Media, PM- Progressive Movement*

- "Adam Thomson" EL (fake intern in Sen. Claire McCaskill 2018 campaign)
- "Allie Maas" EL, PM ("Breakthrough Dev Group", Allison Maass)
- "Allison Brandt" ("Breakthrough Dev Group", Allison Maass)
- "Allison Holmes" EL (fake volunteer in Hillary Clinton 2016 campaign, Allison Maass)
- "Allison Moss" EL ("Breakthrough Dev Group", Allison Maass)
- "Alyssa Harris" EL, PM ("Breakthrough Dev Group", Allison Maass)
- "Amanda Bosch" (fake campaign volunteer, Jaime Tennille Phillips)
- "Amir Malik" M/SM ("Muslim Education Action Center", Shaughn Adeleye)
- "Angela Brandt" EL, PM ("Breakthrough Dev Group", Allison Maass)
- "Ana Steihl" E, PM ("Logan Investments", Ann Vandersteel Krueger)
- "Ann Steel" E, PM ("Logan Investments", Ann Vandersteel Krueger)
- "Ashley Nichols" ("Breakthrough Dev Group", Seijah Drake)
- "Ava Maria Allen" ("Breakthrough Dev Group", Hannah Louise Shattuck Maruyama)
- "Brandon Turner" PM (fake advertising exec at "Beacon International", Travis Irvine)
- "Brian Miller"
- "Bri Rivera" (part of "Breakthrough Dev Group", Brittney Rivera)
- "Bri Rivers" (part of "Breakthrough Dev Group", Brittney Rivera)
- "Brittney Rivers" (part of "Breakthrough Dev Group")
- "Charles Roth" EL, PM (Dan Sandini)
- "Cori Jones" (Decorrus Jones)
- "Cory Jones" ("Breakthrough Dev Group", Decorrus Jones)
- "Curt Kendall" U (fake teacher, Christian Hartsock)
- "Daniel L. Logan, III" EL ("Logan Investments", Dan Sandini)
- "Decorri E Jones" (Decorrus Jones)
- "Earl White" EL, PM (fake volunteer, Ernie White)
- "Eric Williams" M/SM("Tech Jobs Box", Eric Spracklen)
- "Gavin Grant" (part of "Tech Jobs Box")
- "Ibrahim Kasaam" M/SM ("Muslim Education Action Center")
- "Jack McCarthy" (fake intern in Sen. Joe Donnelly 2018 campaign)
- "Jack Howell" EL (John M. Howting)
- "Jai Bravo" (Jaimie Sukanya Bagwell)
- "Jaime Taylor" (Jaime Tennille Phillips)
- "Jamie Kahl" (Jaime Tennille Phillips)
- "Jamie Kingston" EL (fake volunteer in Hillary Clinton 2016 campaign)
- "Jennifer Williams" (fake teacher, Anna Khait)

- "Jess Koski" EL ([part of "Breakthrough Dev Group"](#))
- "Jess Jones" EL ([possibly Laura Loomer](#))
- "Jon Burns"
- "Karl Bradley" EL ([part of WaPo Roy Moore sting](#))
- "Kiera Holding" M/SM (2017 New York times sting)
- "[Kelly Dale](#)" ([part of "Tech Jobs Box"](#))
- "Kevin Christie"
- "Kimmie Gibson" PM ([fake DSA member](#), Jaime Tennille Phillips)
- "Kurt Kendall" U ([fake teacher](#), Christian Hartsock)
- "Laura Brown" (fake teacher)
- "Leo Rod" ([fake DSA member](#), Leonardi Jose Guzman)
- "Lindsay James" ([posed as fake sexual assault victim in WaPo Roy Moore sting](#), Jaime Tennille Phillips)
- "Lola Stone" PM (Marisa Jorge)
- "Lucas Fowler" ([fake journalism student](#))
- "Luke Fowler," ([fake researcher](#))
- "Mallory Camp" (fake campaign volunteer in 2018 Phil Bredesen campaign)
- "Marissa Rose Perez" U (fake student, Marisa Jorge)
- "Marisa George" PM (Marisa Jorge)
- "Max Hunt" (part of DisruptJ20 sting, fake campaign volunteer)
- "Melvin Howting" (John M. Howting)
- "Michael Condon" EL ([part of WaPo Roy Moore sting](#))
- "Michael Evans" (part of "[Tech Jobs Box](#)")
- "Michael Jimenez" (fake teacher)
- "Michelle Harvey" EL ([fake volunteer in Hillary Clinton 2016 campaign](#))
- "Mike Carlson" (part of "Breakthrough Dev Group", possibly Mike Rogers)
- "Monica Nelson" EL ([fake Abigail Spanberger campaign volunteer](#))
- "Muhammed Bin Rashidi," ("Middle Eastern oil baron" from the Hollywood fracking [sting](#))
- "Peter Harmon," (fake employee of Ohio Education Assoc., peter.harmon@ohioedassoc.org)
- "[Rand Kinsley](#)" (part of "[Tech Jobs Box](#)")
- "[Savannah Germain](#)" (part of "Breakthrough Dev Group", Hannah Louise Shattuck Maruyama)
- "Sean Murphy" ([Joe Barton](#))
- "Simon Templar" M/SM ([NPR sting](#), Kenneth Larrey)
- "Stephanie Matheson" R (Steven Crowder)
- "[Steve Packard](#)" EL, PM ("[Breakthrough Dev Group"](#), Christian Hartsock)
- "[Steven Russo](#)" ("Breakthrough Dev Group")
- "Steven Sanchton"(fake advertising exec at "Beacon International")
- "Tarah Price" (part of DisruptJ20 sting, Tarah Pryce)
- "Tesha Henri" (Tesha Nelson)
- "Tesha Henry" (Tesha Nelson)
- "[Thomas Gibson](#)" ("Breakthrough Dev Group", Trevor Kendrick)
- "Tiana Walker" (part of DisruptJ20 sting, Seijah Drake)

- "Timothy Johnson"
- "Traci Connors" ( "Breakthrough Dev Group", Tracy Lee Connors)
- "Trent Maynard" ("Logan Investments", Christian Hartsock)
- "Trevor Miles" M/SM ("Tech Jobs Box", Trevor Kendrick)
- "Tyler Marshall" PM (part of DisruptJ20 sting, Trevor Kendrick)
- "Victor Kesh" ("Breakthrough Dev Group", James O'Keefe)

## List of known alias organizations

- "Beacon International," a fake PR firm used by Project Veritas operatives in the sting on Hollywood environmentalists.
- "Breakthrough Development Group" fake company used by Project Veritas in the inauguration protest sting.
- "Earth Supply and Renewal," a fake company used by Project Veritas in Laborers' International Union of North America sting.
- "Logan Investments," a fake company used by Dan Sandini to gain access to League of Conservation Voters.
- "New Star Learning," a fake company used by Project Veritas in teachers union stings.
- "Ohio Education Association," this group is real, but Project Veritas used a different domain, ohioedassoc.org in their attempted Economic Policy Institute sting.
- "Repulse Bay Ltd.," a shell company from Belize that Project Veritas purchased for approximately $6,000 so that a fake donor had a vehicle for an entrapment donation.
- "Tech Jobs Box" A fake tech company set up by Project Veritas to secretly record former and current Twitter and Facebook employees.

# EX 2

"Every single one of us is an influencer. Every single day you can make a difference."
— Billie Jean King

Jessica A. Hiemenz-Woodbury, CMP
Conference Services Administrator
Division of Training & Professional Learning
Massachusetts Teachers Association
2 Heritage Drive, 8th Floor
Quincy, MA  02171-2119
w. 617.878.8220
f. 617.570.4907
JHiemenz@massteacher.org
**http://massteacher.org**

---

**From:** Bradley, Ellen [NEA-CBO-CFS] <ebradley@nea.org>
**Sent:** Wednesday, June 19, 2019 4:17 PM
**To:** Bradley, Ellen [NEA] <ebradley@nea.org>
**Cc:** Dominguez, Kimberly [NEA] <kdominguez@nea.org>
**Subject:** Annual Meeting/Project Veritas

Good afternoon, coordinators.  Please find attached some tips and templates that may be helpful in Houston.

Ellen Bradley, Manager
Conference & Travel Services
National Education Association
1201 16th Street, N.W.
Washington, D.C. 20036
Telephone:  (202) 822-7762
ebradley@nea.org

MTA 0002

7/8/21    Page 2 of 17



**CT**

August 13, 2021

John H. Landino
124 Rumson Road,
Rumson, NJ  07760

Re:  John H. Landino vs. Massachusetts Teachers Association

Case No.  120CV11392

Dear Sir/Madam:

Our records indicate that we represent more than one entity beginning with the name: ( Chubb Insurance ). In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please amend, return the document(s) to us and we will be glad to forward it on.

CT was unable to forward.

Very truly yours,

C T Corporation System

Log# 540076351

Sent By Regular Mail

cc:  --

**(Returned To)**

John H. Landino
124 Rumson Road,
Rumson, NJ  07760